# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VRG LIQUIDATING, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-10971 (LSS)<br>(Jointly Administered) |
| SC LIQUIDATING 2, LLC f/k/a SPORT CHALET, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BBB of West L.A. LLC,<br>Employbridge, LLC d/b/a Select Staffing,<br>Lifetime Products Inc.,<br>Logitech, Inc.; Jaybird LLC,<br>Luxottica USA LLC,<br>Marucci Sports, LLC,<br>Mediaspot, Inc.,<br>Mountain High Resort Associates, LLC,<br>Ontario Refrigeration Service, Inc.,<br>Penske Logistics LLC,<br>Quality Trailer Products, LP,<br>San Mar Corporation,<br>Spy Optic Inc.,<br>XPO Last Mile, Inc.,<br><br>　　　　　　　　　　Defendants. | <br><br><br><br><br><br><br>Adv. Proc. No. 18-50701 (LSS)<br>Adv. Proc. No. 18-50394 (LSS)<br>Adv. Proc. No. 18-50391 (LSS)<br>Adv. Proc. No. 18-50695 (LSS)<br>Adv. Proc. No. 18-50696 (LSS)<br>Adv. Proc. No. 18-50702 (LSS)<br>Adv. Proc. No. 18-50390 (LSS)<br>Adv. Proc. No. 18-50389 (LSS)<br>Adv. Proc. No. 18-50697 (LSS)<br>Adv. Proc. No. 18-50388 (LSS)<br>Adv. Proc. No. 18-50387 (LSS)<br>Adv. Proc. No. 18-50704 (LSS)<br>Adv. Proc. No. 18-50703 (LSS)<br>Adv. Proc. No. 18-50699 (LSS) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: VRG Liquidating, LLC (f/k/a Vestis Retail Group, LLC) (1295); VRF Liquidating, LLC (f/k/a Vestis Retail Financing, LLC) (9362); EMSOC Liquidating, LLC (f/k/a EMS Operating Company, LLC) (2061); VIH Liquidating, LLC (f/k/a Vestis IP Holdings, LLC) (2459); BS Liquidating, LLC (f/k/a Bob's Stores, LLC) (4675); EMSA Liquidating, LLC (f/k/a EMS Acquisition LLC) (0322); SC Liquidating 2, LLC (f/k/a Sport Chalet, LLC) (0071); SCVS Liquidating, LLC (f/k/a Sport Chalet Value Services, LLC) (7320); and SCTS Liquidating, LLC (f/k/a Sport Chalet Team Sales, LLC) (8015). The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450.

SC Liquidating 2, LLC f/k/a Sport Chalet, LLC (the "Plaintiff"), in the above-referenced cases, hereby submits this status report pursuant to the scheduling orders.

Attached hereto is the status for the above-referenced cases associated with VRG Liquidating, LLC, *et al.*, Case No. 16-10971 (LSS).

| | |
|---|---|
| Dated: October 29, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Joseph M. Mulvihill* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Jason S. Pomerantz (CA Bar No. 157216) |
| | Jeffrey P. Nolan (CA Bar No. 158923) |
| | Joseph M. Mulvihill (DE Bar No. 6061) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | jspomerantz@pszjlaw.com |
| | jnolan@pszjlaw.com |
| | jmulvihill@pszjlaw.com |
| | |
| | *Counsel to Plaintiff* |

**STATUS CATEGORY B:** List all cases where service is complete, but answers are still due. Provide answer due date.

| Adv. Case No. | Defendant(s) Name | Ans Due Date | Comment |
| --- | --- | --- | --- |
| 18-50389 | Mountain High Resort Associates, LLC | 9/21/18 | The deadline to respond to the complaint has been extended to 9/21/18.<br><br>The defendant has retained counsel and the parties are engaging in settlement negotiations. |
| 18-50703 | Spy Optic Inc. | 9/27/18 | The deadline to respond to the complaint has been extended to 9/27/18. |

**STATUS CATEGORY E**: List all cases where the adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed.  Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

| Adv. Case No. | Defendant(s) Name | Comment |
| --- | --- | --- |
| 18-50387 | Quality Trailer Products, LP | This matter has been settled.  Plaintiff intends to file a 9019 motion to approve the settlement. |
| 18-50695 | Logitech, Inc.; Jaybird LLC | This matter has been settled.  Plaintiff intends to file a 9019 motion to approve the settlement. |
| 18-50696 | Luxottica USA LLC | This matter has been settled.  Plaintiff intends to file a 9019 motion to approve the settlement. |
| 18-50702 | Marucci Sports, LLC | This matter has been settled.  Plaintiff intends to file a 9019 motion to approve the settlement. |

**STATUS CATEGORY F:** List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosure.

| Adv. Case No. | Defendant(s) Name | Fact Discovery End Date | Expert Discovery End Date | Comment |
|---|---|---|---|---|
| 18-50391 | Lifetime Products Inc. | N/A | N/A | A stipulation tolling discovery until after the conclusion of mediation was filed on 7/12/18 [Docket No. 11].<br><br>The parties have agreed on a mediator and anticipate file a stipulation appointing the mediator by 9/21/18. |
| 18-50701 | BBB of West L.A. LLC | | | Initial disclosures are due 10/31/18. |
| 18-50704 | San Mar Corporation | | | Initial disclosures are due 11/1/18. |
| 18-50699 | XPO Last Mile, Inc. | | | Initial disclosures are due 11/1/18. |

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Adv. Case No. | Defendant(s) Name | Electronic Text Comment |
| --- | --- | --- |
| 18-50394 | Employbridge, LLC d/b/a Select Staffing | Mark E. Felger has been appointed mediator in this case.<br><br>A pretrial conference has been scheduled for 11/27/18 at 10:00 a.m. |
| 18-50390 | Mediaspot, Inc. | Ian Connor Bifferato has been appointed mediator in this case.<br><br>A pretrial conference has been scheduled for 1/29/19 at 10:00 a.m. |
| 18-50697 | Ontario Refrigeration Service, Inc. | The parties have selected Ian Connor Bifferato as mediator for this case. |
| 18-50388 | Penske Logistics LLC | Derek C. Abbott has been appointed mediator in this case.<br><br>Mediation has been scheduled for 11/5/18 at 10:00 a.m.<br><br>A pretrial conference has been scheduled for 1/29/19 at 10:00 a.m. |